IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:14-cv-288-FL

MARY ANN COLLINS and
CATHLEEN BRYANT,

    Plaintiffs,

v.

FIRST FINANCIAL SERVICES, INC.,
GATEWAY FUNDING DIVERSIFIED
MORTGAGE SERVICES, L.P.,
FLAGSTAR BANK, GEORGIA BANKING
COMPANY, PHH MORTGAGE,
KYLE DILLON SMITH, JENNIFER SANFORD
PUGLIESE, SHAWN MARIE CARNI,
SANDRA FADEL, BETH WEBSTER and
JULIE PATEL,

    Defendants.

**Order Extending Time to Answer or
Otherwise Respond to Complaint**

This matter has come on for consideration upon the motion of Defendant Gateway Funding Diversified Mortgage Services, L.P. for an order enlarging the time within which it must answer or otherwise plead in response to Plaintiffs' Complaint, and the Court, having considered said motion, is of the opinion that it is well-taken and should be granted.

IT IS, THEREFORE ORDERED that the time within which Defendant Gateway Funding Diversified Mortgage Services, L.P. must answer or otherwise plead to the Complaint filed against it in this matter is enlarged up to and including February 17, 2015.

SO ORDERED, this the 23 day of January, 2015.

    _____
    Julie Richards Johnston, Clerk