UNITED STATES DISTRICT COUT
EASTERN DISTRICT OF NORTH CAROLINA
Case No 7:14 – CV – 00288 - FL

| | |
|---|---|
| MARY ANN COLLINS and<br>CATHLEEN BRYANT<br><br>    Plaintiffs,<br><br>    v.<br><br>First Financial Services, Inc., Gateway<br>Funding Diversified Mortgage Services,<br>L.P., Donald N, Landgraff, Georgia<br>Banking Company, Federal Home Loan<br>Mortgage Corporation, Kyle Dillon<br>Smith, Jennifer Sanford Pugliese,<br>Shawn Marie Carni, Elizabeth<br>Webster, Julie Patel, Sandra S. Fadel,<br>Flagstar Bank, and PHH Mortgage.<br><br>    Defendants, | ORDER |

This matter is before the Court on Plaintiffs' Motion Dismiss WITH PREJUDICE Defendant Flagstar Bank.

Having considered the matter, it is ORDERED that Plaintiffs Motion is GRANTED.

Defendant Flagstar Bank is dismissed WITH PREJUDICE.

**SO ORDERED**

This 13th day of April, 2015

_____
The Honorable Louise Flanagan
United States District Court Judge