UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MARY ANN COLLINS,<br><br>   Plaintiff,<br><br>v.<br><br>FIRST FINANCIAL SERVICES, INC., et al.,<br><br>   Defendants. | Civ. Action No. 7:14-CV-00288-FL |

## BIFURCATION ORDER

This matter is before the Court on a Consent Motion to Bifurcate filed by Defendant Gateway Funding Mortgage Services, L.P. The Court, in its discretion and with the consent of all the parties, hereby GRANTS the motion.

IT IS ORDERED that separate trial will be held on Plaintiff's successor liability claims against Gateway, if necessary, after a trial is held on Plaintiff's claims against all other defendants.

This the 25th day of March, 2016.

_____
The Honorable Louise W. Flanagan
United States District Judge