IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:14-cv-288-FL

| | |
|---|---|
| MARY ANN COLLINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST FINANCIAL SERVICES, INC., )<br>GATEWAY FUNDING DIVERSIFIED )<br>MORTGAGE SERVICES, L.P., DONALD N. )<br>LANDGRAFF, GEORGIA BANKING )<br>COMPANY, FREDDIE MAC, KYLE DILLON )<br>SMITH, JENNIFER SANFORD PUGLIESE, )<br>SHAWN MARIE CARNI, ELIZABETH )<br>WEBSTER, JULIE PATEL, SANDRA S. )<br>FADEL, FLAGSTAR BANK, and PHH )<br>MORTGAGE, )<br>)<br>Defendants. )<br>_____ ) | **ORDER TO COMPEL** |

This matter came before the court on the motion of Defendant First Financial Services, Inc., by and through counsel, for an Order compelling Plaintiff Mary Ann Collins to participate fully in discovery in this case pursuant to Federal Rules of Civil Procedure 26, 33, 34 and 37, make initial disclosures as required by the Scheduling Order and provide complete responses to Defendant First Financial Services, Inc.'s *First Set of Interrogatories and Requests for Production of Documents*; and the Court having reviewed the pleadings and documents submitted by the parties, is hereby of the opinion that Defendant First Financial Services, Inc.'s Motion to Compel should be granted.

The Court finds that Plaintiff Mary Ann Collins has failed to make the initial disclosures required by the Scheduling Order and failed to provide any responses Defendant First Financial

Services, Inc.'s *First Set of Interrogatories and Requests for Production of Documents* and that Plaintiff Mary Ann Collins should be compelled to make initial disclosures and produce full and complete responses under Federal Rules of Civil Procedure 26, 33, 34 and 37 within ten (10) days of the date of this Order.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant First Financial Services, Inc.'s Motion to Compel is hereby GRANTED and that Plaintiff Mary Ann Collins shall make initial disclosures and produce full and complete responses to Defendant's *First Set of Interrogatories and Requests for Production of Documents* in accordance with Federal Rules of Civil Procedure 26, 33, 34 and 37 within 21 days of the date of this Order.

It is further ORDERED that Plaintiff Mary Ann Collins pay all costs and reasonable attorneys' fees incurred by Defendant First Financial Services, Inc. in bringing the Motion to Compel.

    This the __19th__ day of _____September_____, 2016.

                                                    _____
                                                  Hon. Louise W. Flanagan
                                                  U.S. District Judge