UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CV-288-FL

| | | |
|---|---|---|
| MARY ANN COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| FIRST FINANCIAL SERVICES, INC.; | ) | |
| GATEWAY FUNDING DIVERSIFIED | ) | |
| MORTGAGE SERVICES, L.P.; DONALD | ) | |
| N. LANDGRAFF; FEDERAL HOME | ) | |
| LOAD MORTGAGE CORPORATION; | ) | |
| KYLE DILLON SMITH; JENNIFER | ) | |
| SANFORD PUGLIESE; SHAWN MARIE | ) | |
| CARNI; ELIZABETH WEBSTER; | ) | |
| SANDRA S. FADEL; and PHH | ) | |
| MORTGAGE; | ) | |
| | ) | |
| Defendants.[1] | ) | |
| | ) | |

This matter is before the court on above-captioned defendants' joint motion to continue judicial settlement conference (DE 193), and certain defendants' motion to excuse attendance of officer, manager, or director (DE 194). Upon consideration of the developments in this matter following the court's January 6, 2017, text order, including motions for sanctions now filed (DE 187, 189, 191), the court determines that a court-hosted settlement conference will not at this time serve the purposes of just, speedy, and inexpensive determination of this action. Therefore, the court

---

[1] The court has constructively amended the case caption to reflect the current array of parties.

GRANTS that part of the instant motion seeking continuance of conference, and in other respects the motion is DENIED. The motion to excuse attendance of officer, director, manager, accordingly is DENIED AS MOOT. Therefore, the court WITHDRAWS referral of this matter to magistrate judge for court-hosted settlement conference, and the court STAYS court-hosted settlement conference activities pending resolution of the motions for sanction and further order of this court as may be warranted.

SO ORDERED, this the 13th day of April, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge