UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY ANN COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 7:14-CV-288-FL |
| | ) | |
| FIRST FINANCIAL SERVICES, GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, LP, PHH MORTGAGE, KYLE DILLON SMITH, JENNIFER SANFORD PUGLIESE, SHAWN MARIE CARNI, SANDRA S. FADEL, ELIZABETH WEBSTER, DONALD N. LANDGRAFF, FEDERAL HOME LOAN MORTGAGE CORPORATION | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 25, 2018, and for the reasons set forth more specifically therein, that this case is dismissed without prejudice for failure to comply with the court's prior sanction orders, entered September 7, 2017 and December 8, 2017; for failure to comply with this court's prior discovery order, entered January 6, 2017; and for failure to prosecute. Plaintiff shall have and recover nothing in this action.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 25, 2018 that sanctions are imposed against plaintiff and in favor of defendants in the following amounts: 1) to defendants PHH and Freddie Mac: $2,746.15 shared equally between them; 2) to defendant Gateway: $838.75; 3) to defendant FFSI: $1,070.30, with post-judgment interest at the legal rate until paid in full.

**This Judgment Filed and Entered on January 25, 2018, and Copies To:**
Mary Ann Collins (via US mail 2117 Lenox Street, Jacksonville, NC 28546)
William W. Pollock (via CM/ECF Notice of Electronic Filing)
Ashley Huffstetler Campbell (via CM/ECF Notice of Electronic Filing)
Jesse A. Schaefer (via CM/ECF Notice of Electronic Filing)
Scott D. Anderson (via CM/ECF Notice of Electronic Filing)
Donald R. Pocock (via CM/ECF Notice of Electronic Filing)
D. Kyle Deak (via CM/ECF Notice of Electronic Filing)
Bryan G. Scott (via CM/ECF Notice of Electronic Filing)
Richard Scott Adams (via CM/ECF Notice of Electronic Filing)

January 25, 2018                PETER A. MOORE, JR., CLERK OF COURT
                                  /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk